FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MICHAEL ALEXANDER PIETRCZAK,<br>Defendant. | Criminal Case No. 08CR1659-JM<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 1544 - Misuse of Passport (Felony) |

The United States Attorney charges:

On or about April 29, 2008, within the Southern District of California, defendant MICHAEL ALEXANDER PIETRCZAK, did willfully and knowingly use passport number 500621783, issued under the authority of the United States, to Andy Goodwin, Jr., a person other than the defendant, to gain entry into the United States at the San Ysidro Port of Entry; in violation of Title 18, United States Code, Section 1544.

DATED: May 22, 2008.

KAREN P. HEWITT
UNITED STATES ATTORNEY

[signature]
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:San Diego
5/21/08