24

AO 455(Rev. 5/85) Waiver of Indictment

FILED

MAY 2 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MICHAEL ALEXANDER PIETRCZAK

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR 1659-JM

I, MICHAEL ALEXANDER PIETRCZAK, the above named defendant, who is accused of Title 18, U.S.C., Sec. 1544 - Misuse of a Passport, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on May ~~15~~ 22, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
MICHAEL ALEXANDER PIETRCZAK
Defendant

[signature]
STEPHEN HOFFMAN
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER